AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Beesley, Bruce T. | United States Bankruptcy Court for the District of Nevada | 05/31/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| full time bankruptcy judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Bankruptcy Court
C Clifton Young Federal Bldg & U S Court House
300 Booth Street
Reno, NV 89509-1317

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judicial Chair of the Southwest Bankruptcy Conference Advisory Board | American Bankruptcy Institute |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | Lewis and Roca LLP 401(k) and Profit Sharing Plan with former law firm, no control - rolled over entire plan assets to current employer plan during 2011 |
| 2. | 2008 | Lewis and Roca LLP Pension Plan with former law firm, no control -rolled entire plan assets to current employer plan during 2011 |
| 3. | 2008 | Lewis and Roca LLP Partnership Agreement with former law firm, withdrew from the partnership on December 3, 2010 |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 05/31/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Lewis and Roca, LLP Partnership Earnings for the fiscal year ended May 31, 2011 (See note in Part VIII) | $167,481.00 |
| 2. 2011 | Lewis and Roca, LLP Partnership - Former partner payments consisting of capital account balance (See note in Part VIII) | $16,102.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Visa | Credit card | J |
| 2. Wells Fargo Personal Line of Credit | Line of Credit | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.     Retirement Account-no control | D | Int./Div. | O | T | | | | | |
| 2.   Greater Nevada Credit Union | A | Dividend | M | T | | | | | |
| 3.   MassMutual Life Insurance Cash Value | A | Dividend | | | Redeemed | 07/01/11 | J | A | |
| 4.   Morgan Stanley Smith Barney-Cash equivalent (Y) | | | | | | | | | |
| 5.   Wells Fargo cash equivalent accounts | A | Interest | J | T | | | | | |
| 6.   Morgan Stanley Smith Barney-Cash equivalent (Y) | | | | | | | | | |
| 7.   Wells Fargo cash equivalent accounts (Y) | | | | | | | | | |
| 8.   Estate #1 (Y) | | | | | | | | | |
| 9.   ---Residential real estate, Klamath Falls, OR (Y) | | | | | | | | | |
| 10.   ---2002 Ford Taurus (Y) | | | | | | | | | |
| 11.   ---Miscellaneous Antiques (Y) | | | | | | | | | |
| 12.   ---U.S. Bank accounts - cash (Y) | | | | | | | | | |
| 13.   Estate #2 (Y) | | | | | | | | | |
| 14.   ---2002 Ford Taurus (Y) | | | | | | | | | |
| 15.   ---Miscellaneous Antiques (Y) | | | | | | | | | |
| 16.   ---Money market account - cash (Y) | | | | | | | | | |
| 17.   Lewis and Roca, LLP 401k & Profit Sharing Plan-no control(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lewis and Roca, LLP Pension Plan-no control (Y) | | | | | | | | | |
| 19. Lewis and Roca, LLP Withdrawal Payments Estimated Receivable | | None | J | W | | | | | |
| 20. Morgan Stanley Smith Barney IRA (Y) | | | | | | | | | |
| 21. ---Cash (Y) | | | | | | | | | |
| 22. ---International Game Technology (Y) | | | | | | | | | |
| 23. ---Market Vectors Gold Miners ETF TR (Y) | | | | | | | | | |
| 24. ---Vanguard Total Stock Mkt ETF (Y) | | | | | | | | | |
| 25. ---General Electric CAp Corp (Y) | | | | | | | | | |
| 26. Wells Fargo Investments IRA | A | Int./Div. | N | T | | | | | |
| 27. ---International Game Technology (Y) | | | | | | | | | |
| 28. ---Market Vectors ETF Tr Gold Miners Fund (Y) | | | | | | | | | |
| 29. ---Vanguard Total Stock Market ETF (Y) | | | | | | | | | |
| 30. ---Wells Fargo Cash Sweep | | | | | | | | | |
| 31. ---General Electric Cap Corp Med Term Note (Y) | | | | | | | | | |
| 32. ---Wells Fargo Bank Emerging Mkts Bskt | | | | | | | | | |
| 33. ---Wells Fargo Bank S&P 500 LKND MLCD | | | | | | | | | |
| 34. ---Wells Fargo Bank NA Diver Equity Bskt MLCD | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---Wells Fargo BAnk NA Rogers Intl CMDTY IDX CD | | | | | | | | | |
| 36. Morgan Stanley Smith Barney IRA (Y) | | | | | | | | | |
| 37. ---Cash (Y) | | | | | | | | | |
| 38. ---Vanguard Total Stock Mkt ETF (Y) | | | | | | | | | |
| 39. Wells Fargo Investments IRA | A | Int./Div. | M | T | | | | | |
| 40. ---Wells Fargo Cash Sweep | | | | | | | | | |
| 41. ---Vanguard Total Stock (Y) | | | | | | | | | |
| 42. ---Wells Fargo Bank Emerging Mkts Bskt | | | | | | | | | |
| 43. ---Wells Fargo Bank S&P 500 LKND MLCD | | | | | | | | | |
| 44. ---Wells Fargo Bank NA Diver Equity Bskt MLCD | | | | | | | | | |
| 45. ---Wells Fargo BAnk NA Rogers Intl CMDTY IDX CD | | | | | | | | | |
| 46. Wells Fargo Bank Deposit Sweep-Cash | A | Interest | J | T | | | | | |
| 47. Wendys Arbys Group Inc | A | Dividend | J | T | | | | | |
| 48. Franklin Templeton LTD Duration Income Tr | A | Dividend | J | T | | | | | |
| 49. Wells Fargo Cash Sweep-Cash | A | Interest | M | T | | | | | |
| 50. Alcatel Lucent (Y) | | | | | | | | | |
| 51. AT&T Inc (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Comcast Corp Class A New (Y) | | | | | | | | | |
| 53. LSI Corp (Y) | | | | | | | | | |
| 54. NCR Corp New (Y) | | | | | | | | | |
| 55. Southwest Gas Corp (Y) | | | | | | | | | |
| 56. Teradata Corp Del (Y) | | | | | | | | | |
| 57. Vanguard Total Stock Market ETF (Y) | | | | | | | | | |
| 58. Wells Fargo Checking and Savings | A | Interest | M | T | | | | | |
| 59. Wells Fargo Cash Deposit | A | Interest | J | T | | | | | |
| 60. _____ Stock (See Part VIII explanation) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 05/31/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-A, Line 1: The Lewis and Roca, LLP earnings are calculated on a fiscal year ending in May. The income reported on this line is the income reported by the LLP for the fiscal year ended May 31, 2011, but all of this income was earned by the partner during the period from June 1, 2010 to December 31, 2010. The cash distributions for earnings from Lewis and Roca, LLP during 2011 were $72,599. This amount includes earnings of $34,764 for the period from June 1, 2009 to May 31, 2010, and earnings of $37,835 for the period from June 1, 2010 to May 31, 2011. No additional distributions of earnings are due to the partner after 2011.

Part III-A, Line 2: The $16,102 of capital distributions includes $2,500 as payment for office furniture left with the LLP. This amount also includes the final distribution of capital to the partner. No additional capital payments are due from the LLP after 2011.

Part VII-Line 60: This asset mistakenly omitted from the 2010 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 05/31/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce T. Beesley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544